ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FILED**

DEC  3 2015

**U.S. COURT OF
FEDERAL CLAIMS**

MOHAMMAD KHALID BAHA, QUDSIA BADGHISY )
MOHAMMED HAMID BAHA, FARIHA SAMADZADA )
FAHIMA AHRARY, AFIFA BAHA, TOOBA BAHA, )
and KOBRA BAHA KAKAR, )
)
              Plaintiff, )
)
       v. )
)
THE UNITED STATES, )
)
            Defendant. )
)

No. 15-1349C
(Judge Firestone)

## **DEFENDANT'S MOTION TO CONSOLIDATE AND STAY PROCEEDINGS**

Pursuant to Rules 7(b) and 42 of the Rules of the United States Court of Federal Claims

(RCFC), defendant, the United States, respectfully requests that the Court consolidate, for all

purposes, this matter with *Baha v. United States*, No. 14-494C (*Baha I*).  The undersigned trial

attorney has attempted to obtain the position of plaintiffs, through their representative

Mohammad Khalid Baha.  However, he has been unable to do so because the telephone number

Mr. Khalid Baha provided in the complaint — (501) 928-4366 — does not work.[1]  Mohammad

Tariq Baha, the plaintiff in *Baha I*, assents to this motion.

Under RCFC 42, "[i]f actions before the court involve a common question of law or fact,

the court may . . . consolidate the actions[.]"  Both this case and *Baha I* involve common

questions of law and fact.  In particular, in this case, plaintiffs allege that the Department of the

Army breached leases of the Jill Fab House in Kabul, Afghanistan from Bahawoddin, or the

heirs of Bahawoddin, between 2003 to 2009, and 2012 to 2014.  In *Baha I*, Mr. Tariq Baha

makes virtually identical allegations that the Army breached the same leases of the same

---

[1]  A recording for (501) 928-4366 indicates that the area code has been changed to (479).
A recording for (479) 928-4366 indicates that the number has been disconnected.

property for the same time-period. He alleges that he is the sole heir, and thus entitled to all the rent. Because these two cases involve the same leases of the same property for the same time-period, judicial economy would be best served by consolidating these cases.

In addition, we respectfully move the Court to stay proceedings pending resolution of the lawsuit between plaintiffs and Mr. Tariq Baha in the California Superior Court. *Baha v. Baha*, MSC14-01927 (Contra Costa Co. Sup. Ct.). In their complaint, plaintiffs allege that they instituted an action against Mr. Tariq Baha in California Superior Court regarding entitlement to rents on the Jill Fab house. During a November 23, 2015 status conference, Mr. Tariq Baha's attorney confirmed that there is a case pending in the California Superior Court case between plaintiffs and Mr. Tariq Baha, and that the case has been scheduled for trial in April 2016. The electronic docket sheet for the California Superior Court case indicates that a trial is scheduled for April 4, 2016. Because it appears that there is a substantial chance that the California Superior Court case will resolve the issue of who is entitled to rent for the Jill Fab house, which is a significant issue in the consolidated cases, this Court should stay the consolidated cases pending resolution of the California Superior Court case.

## CONCLUSION

For these reasons, we respectfully request that the Court consolidate *Baha v. United States*, No. 14-494C, and *Baha v. United States*, No. 15-1349C, and that the Court stay proceedings in these consolidated cases until resolution of the case among the relatives pending in the California Superior Court.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

FRANKLIN E. WHITE, JR.
Assistant Director

JAMES SWEET
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
PO Box 480
Ben Franklin Station
Washington, D.C. 20044
Tele: (202) 353-9369

December 3, 2015                     Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2015, I caused to be placed in the

United States mail (first-class, postage prepaid), copies of this "DEFENDANT'S MOTION TO

CONSOLIDATE AND STAY PROCEEDINGS" addressed as follows:

> Mohammed Khalid Baha
> 661 Logan Lane
> Danville, CA 94526

*James Sweet*