ORIGINAL

# In the United States Court of Federal Claims

No. 15-1349C
(Filed: December 4, 2015)

**FILED**
DEC - 4 2015
U.S. COURT OF
FEDERAL CLAIMS

| | )|
|---|---|
| BAHA, et al., | ) |
| | ) |
| *Pro Se* Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

The court is in receipt of the government's motion to consolidate this case with <u>Baha v. United States</u>, No. 14-494, and to stay both cases pending the resolution of related litigation in California Superior Court, <u>Baha v. Baha</u>, MSC14-091927 (Contra Costa Co. Sup. Ct.). ECF No. 6. The plaintiffs shall have until **Monday, December 28, 2015** to file any objections to the government's motion. If the court does not receive an objection by that date, it will assume the motion is unopposed and grant it.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge