**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MOHAMMAD KHALID BAHA, QUDSIA BADGHISY, MOHAMMED HAMID BAHA, FARIHA SAMADZADA, FAHIMA AHRARY, AFIFA BAHA, TOOBA BAHA, and KOBRA BAHA KAKAR, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | No. 15-1349C <br> (Judge Firestone) <br><br> **FILED** <br> **DEC 2 8 2015** <br> U.S. COURT OF FEDERAL CLAIMS |

## PLAINTIFFS' MOHAMMAD KHALID BAHA, QUDSIA BADGHISY MOHAMMED HAMID BAHA, FARIHA SAMADZADA FAHIMA AHRARY, AFIFA BAHA, TOOBA BAHA, and KOBRA BAHA KAKAR OPPOSITION TO DEFENDANT'S MOTION TO CONSOLIDATE AND STAY PROCEEDINGS

Plaintiff Mohammed Khalid Baba has been granted Power of Attorney from the following siblings: Qudsia Badghisy; Mohammed Hamid Baha; Fariha Samadzada; Fahima Ahrary; Afifa Baha; Tooba Baba; and mother, Kobra Baha Kakar to act on their behalf concerning this action. Attached as Exhibit 1 is a true and correct copy of the Powers of Attorney granting Plaintiff Mohammed Khalid Baha power to act on their behalf.

Plaintiffs join in Defendants motion to consolidate the case of *Baha v. United States,* No. 14-494C *(Baha I)*, with the instant case, No. 15-1349C *(Baha 2)*. However, Plaintiffs opposes Defendant's motion to stay the federal court proceedings on the following grounds:

1.  After thorough briefing and argument, this Court ruled that Plaintiffs Mohammad Khalid Baha, Qudsia Badghisy, Mohammed Hamid Baha, Fariha Samadzada, Fahima Ahrary, Afifa Baha, Tooba Baha, Mohammed Tariq Baha and Kobra Baha Kakar are legal heirs of Ghulam Bahaouddin, and as such, have an interest in the subject property.

2.  Plaintiffs are informed that Defendant has indicated that this matter can be settled for the amount of the past due rent, ($504,000.00). Plaintiffs are willing to entertain that amount for settlement. Therefore this matter is ripe for settlement discussions.

3.  Although the Court has the discretion to stay proceedings in this matter, *Colorado River Water Conservation Dist. v. United States,* 424 U.S. 800, 818, a U.S Supreme Court case, mandates that abstention be invoked only under exceptional circumstances. *Colorado River Water Conservation Dist. v. United States,* states in pertinent part:

> "... Our decisions have confined the circumstances appropriate for abstention to three general categories.
> (a) Abstention is appropriate in cases presenting a federal constitutional issue which might be mooted or presented in a different posture by a state court determination of pertinent state law..."
> (b) Abstention is also appropriate where there have been presented difficult questions of state law bearing on policy problems of substantial public import whose importance transcends the result in the case then at bar...
> (c) Finally, abstention is appropriate where, absent bad faith, harassment, or a patently invalid state statute, federal jurisdiction has been invoked for the purpose of restraining state criminal proceedings...

None of the above categories apply to the instant case.

## CONCLUSION

For the above reasons, Plaintiffs respectfully request that this Court consolidate *Baha v. United States,* No. 14-494C, and proceed with the case, as it is very close to its conclusion.

_____
Mohammed Khalid Baha,

On Behalf Of Mohammad Khalid Baha, Qudsia Badghisy, Mohammed Hamid Baha, Fariha, Samadzada, Fahima Ahrary, Afifa Baha, Tooba Baha, Kobra Baha Kakar and himself.

Date: 12/27/2015